

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00392-CV

**WILLIAM M. WINDSOR,**

                                     **Appellant**

 **v.**

**SEAN D. FLEMING,**

                                     **Appellee**

### From the 378th District Court
### Ellis County, Texas
### Trial Court No. 88611

## O R D E R

William M. Windsor's Motion to Reduce Cost of Record is denied. Windsor states that some of the documents are not necessary to his appeal. Windsor, as the appellant, can designate those documents necessary to his appeal. But it is the appellant's burden to present a record sufficient to show reversible error without omitting anything which could be presumed to be in support of the trial court's judgment. *See e.g. Bennett v. Cochran*, 96 S.W.3d 227, 230 (Tex. 2002). We also note,

based on our own experience with Windsor, the filing of voluminous exhibits of questionable relevance is a problem of his own making.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed June 18, 2015

